■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD E. LA FLOWER, JR., Appellant. [718 NYS2d 229] —Appeal

from a judgment of the County Court of Broome County (Smith, J.), rendered December 6, 1999, convicting defendant upon his plea of guilty of two counts of the crime of attempted criminal sale of a controlled substance in the third degree.

Defense counsel seeks to be relieved of his assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon review of the record, defense counsel's brief and defendant's letter, we agree. Defendant entered a knowing, voluntary and intelligent plea of guilty to the reduced charges of two counts of attempted criminal sale of a controlled substance in the third degree and was sentenced as a second felony offender to concurrent terms of 4 to 8 years in prison. His sentence was in accordance with the negotiated plea agreement and the relevant statutory requirements. The judgment is, therefore, affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Cardona, P. J., Mercure, Mugglin, Rose and Lahtinen, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.